Asaph Abrams (SBN 222576)
aabrams@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385


Attorneys for Movant
HSBC Bank USA, National Association, as
Indenture Trustee for Peoples Choice Home Loan
Securities Trust Series 2005-3

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 25-10656-DM |
| MARSHALL CLAYTON DEANER, | Chapter 13 |
| | R.S. No. AA-100 |
| Debtor(s). | **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY** |
| | **Hearing**: <br> Date: April 8, 2026 <br> Time: 10:00 A.M. <br> Place: ZOOM Tele/Videoconference |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on April 8, 2026, at 10:00 a.m., or as soon thereafter as the parties may be heard, there will be a preliminary hearing on HSBC Bank USA, National Association, as Indenture Trustee for Peoples Choice Home Loan Securities Trust Series 2005-3's Motion for Relief from Automatic Stay and Co-Debtor Stay ("Motion") made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Honorable Dennis Montali.

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

Case: 25-10656    Doc# 19    Filed: 02/19/26    Entered: 02/19/26 11:04:39    Page 1 of 2

**PLEASE TAKE NOTICE** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION**.

The Motion is based on the Motion, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay and Co-Debtor Stay and Declaration in Support of Motion for Relief from Automatic Stay and Co-Debtor Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**ALDRIDGE PITE, LLP**

Dated: February 19, 2026

/s/ *Asaph Abrams* (SBN 222576)
ASAPH ABRAMS
Attorneys for Movant HSBC Bank USA, National Association, as Indenture Trustee for Peoples Choice Home Loan Securities Trust Series 2005-3

- 2 -    CASE NO. 25-10656-dm

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

Case: 25-10656    Doc# 19    Filed: 02/19/26    Entered: 02/19/26 11:04:39    Page 2 of 2